IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TUESDAY INGRAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:23-cv-00632-TWP-TAB |
| | ) |
| FREEDOM MORTGAGE, | ) |
| | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SETTLEMENT**

The Parties to this action, Plaintiff Tuesday Ingram and Defendant Freedom Mortgage Corporation, hereby give notice to the Court that settlement of the present matter has been reached and the Parties are currently in the process of executing a settlement agreement. The Parties will work efficiently to get the paperwork finalized so that a Stipulation of Dismissal can be filed. However, the parties respectfully request that they be allowed until Wednesday, May 15, 2024, to file a Stipulation of Dismissal. The Parties also request that this Court vacate all dates currently set on the calendar for the present matter.

Dated: April 24, 2024                                        Respectfully submitted,

| | |
|---|---|
| */s/Amber K. Boyd (with consent to sign)* <br> Amber K. Boyd #31235-49 <br> AMBER BOYD ATTORNEY AT LAW <br> 8510 Evergreen Avenue <br> Indianapolis, IN 46240 <br> Telephone: 317-210-3416 <br> amber@amberboydlaw.com <br><br> *Attorney for Plaintiff* | */s/James R. Strickland* <br> James R. Strickland, Attorney #35381-49 <br> FAEGRE DRINKER BIDDLE & REATH LLP <br> 300 N. Meridian Street, Suite 2500 <br> Indianapolis, Indiana 46204 <br> Telephone: (317) 237-0300 <br> Facsimile: (317) 237-1000 <br> james.strickland@faegredrinker.com <br><br> David J. Woolf, PA Attorney #76484 <br> (admitted pro hac vice) <br> FAEGRE DRINKER BIDDLE & REATH LLP <br> One Logan Square, Suite 2000 <br> Philadelphia, Pennsylvania 19103 <br> Telephone: (215) 988 2700 <br> Facsimile: (215) 988 2757 <br> david.woolf@faegredrinker.com <br><br> *Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 24, 2024, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                    */s/James R. Strickland*