**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| TUESDAY INGRAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:23-cv-00632-TWP-TAB |
| | ) |
| FREEDOM MORTGAGE, | ) |
| | ) |
| | ) |
| Defendant. | ) |

Acknowledged.
TWP
5/13/2024

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action stipulate to the dismissal with prejudice of all claims in this action. This stipulation is made pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorney's fees.

Stipulated to:

Dated: May 13, 2024

*/s/ Amber K. Boyd (with permission)*
Amber K. Boyd (31235-49)
AMBER BOYD ATTORNEY AT LAW
8510 Evergreen Avenue
Indianapolis, IN 46240
Telephone: 317-210-3416
amber@amberboydlaw.com

*Attorney for Plaintiff*

*/s/ James R. Strickland*
James R. Strickland, Attorney #35381-49
FAEGRE DRINKER BIDDLE & REATH LLP
300 N. Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
james.strickland@faegredrinker.com

David J. Woolf, PA Attorney #76484 (admitted pro hac vice)
FAEGRE DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, Pennsylvania 19103
Telephone: (215) 988 2700
Facsimile: (215) 988 2757
david.woolf@faegredrinker.com

*Attorneys for Defendant*